IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ELBERT DAVIS**                                                                **PETITIONER**

v.                                                     No. 4:19CV161-DMB-RP

**RONALD KING, ET AL.**                                       **RESPONDENTS**

**ORDER SEALING DOCUMENTS**

As the instant petition for a writ of *habeas corpus* and supporting documents reveal the name of the victim of sexual assault, the Clerk of the Court is **DIRECTED** to restrict access to these documents to parties only.

**SO ORDERED**, this, the 5th day of November, 2019.

                                                                   /s/   Roy Percy
                                                                  UNITED STATES MAGISTRATE JUDGE