IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ELBERT DAVIS**                                                                  **PETITIONER**

**V.**                                                               **NO. 4:19-CV-161-DMB-RP**

**RONALD KING, et al.**                                          **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Order entered this day, Elbert Davis' petition for a writ of habeas corpus is **DISMISSED with prejudice** as untimely filed. A certificate of appealability is **DENIED**.

**SO ORDERED**, this 7th day of July, 2020.

                                                        /s/Debra M. Brown
                                                        **UNITED STATES DISTRICT JUDGE**